FILED
98 NOV 30 PM 12: 57
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CYNTHIA JAMES, }
    Plaintiff }
vs. } CIVIL ACTION NO.
} 98-AR-2780-S
STEEL CITY OLDSMOBILE, ET AL., }
    Defendants }

ENTERED
NOV 3 0 1998

## MEMORANDUM OPINION

The court has before it the motion of plaintiff, Cynthia James, to remand the above-entitled case to the Circuit Court of Jefferson County, Alabama, from whence it was removed by defendants after James in a discovery deposition responded to a leading question put to her by a defense counsel that she thinks the Truth-in-Lending Act was violated by one or more defendants.

James cannot, and therefore did not, accidentally invoke a federal statute as a basis for original jurisdiction in federal court unless the invocation is analogous to ERISA's doctrine of super-preemption. The Truth-in-Lending Act must be expressly invoked by a pleading filed by plaintiff, and James has not invoked it. The mere fact that James, a layperson, was induced to second-guess her lawyer and let an opposing lawyer put words in her mouth at her deposition does not provide a basis for the sudden

1

appearance of a federal question.

    A separate order of remand will be entered.

    DONE this 30th day of November, 1998.

                                  /s/ William M. Acker, Jr.
                                  WILLIAM M. ACKER, JR.
                                  UNITED STATES DISTRICT JUDGE